United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **EVEREST NATIONAL INSURANCE COMPANY,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-1265 |
| **MEGASAND ENTERPRISES, INC.**, | § § § | |
| Defendant. | § § | |

### AMENDED MEMORANDUM AND RECOMMENDATION ON MOTION FOR SUMMARY JUDGMENT

This is an insurance coverage action brought by an insurance company against the insured regarding coverage in three consolidated underlying lawsuits ("Underlying Lawsuits"). Pending before the Court[1] is Plaintiff's Motion for Summary Judgment. (Dkt. No. 21.) The Court issued a Memorandum and Recommendation denying Plaintiff's Motion for Summary Judgment on the grounds that the "Pollution Exclusion" in the operative insurance policy is inapplicable to the underlying lawsuits at issue in this case. (Dkt. No. 37.) Plaintiff filed objections to the Memorandum and Recommendation. (Dkt. No. 38.) While the Court is not persuaded by Plaintiff's objections regarding whether the "Pollution Exclusion" applies, the Court agrees that Plaintiff's Motion for Summary Judgment should be **GRANTED** as to any claims that arise under the three insurance policies not at issue in this case. As was stated in the Memorandum and Recommendation, the parties agree that the fourth policy, which covered the period from August

---

[1] This case was referred to the Undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure ("Rule") 72. (*See* Dkt. No. 33.)

21, 2017–August 21, 2018, is the only policy relevant to this Motion. (See Dkt. No. 21 at 2; Dkt. No. 25 at 3.) Beside this argument, the Court does not find any of Plaintiff's objections persuasive.

Based on a thorough review of the motions, arguments, relevant law, and Plaintiff's objections, the Court **RECOMMENDS** the Motion for Final Summary Judgment be **GRANTED** as to any claims that arise under the first three insurance policies and **DENIED** as to any claims that arise under the fourth policy.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the Undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** in Houston, Texas on August 23, 2022.

                                                Sam S. Sheldon
                                                United States Magistrate Judge