IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-1265 |
| MEGASAND ENTERPRISES, INC., | § § | |
| *Defendant*. | § | |

## AGREED STIPULATION OF DISMISSAL

Plaintiff Everest National Insurance Company and Defendant Megasand Enterprises, Inc. file this Agreed Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

By:   */s/ Stephen O. Venable*
     Stephen O. Venable
     State Bar of Texas No. 24056471
     S.D. Texas Bar No. 777416
     Avniel J. Adler
     State Bar of Texas No. 24071933
     S.D. Texas Bar No. 2229550
     1001 McKinney Street, Suite 2000
     Houston, Texas 77002
     Telephone: (713) 654-8001
     Fax: (713) 343-6571
     Email: svenable@walkerwilcox.com
     Email: aadler@walkerwilcox.com

**ATTORNEYS FOR PLAINTIFF EVEREST NATIONAL INSURANCE COMPANY**

-and-

**OLDENETTEL & LONG**

By: */s/ Kevin M. Long* (by permission)
     Kevin M. Long

2

        State Bar No. 24055866
        210 Coronado Street
        Houston, Texas 77009
        (713) 622-9220
        klong@oldenettellaw.com

**ATTORNEYS FOR DEFENDANT,
MEGASAND ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

On May 21, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF filing system. I certify that I have served all counsel of record electronically as authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

        */s/ Avniel J. Adler*
        Avniel J. Adler