United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-1265 |
| MEGASAND ENTERPRISES, INC., *Defendant*. | § § § | |

## DISMISSAL ORDER

The Court has received the Agreed Stipulation of Dismissal filed by the parties. Accordingly, this action is hereby dismissed without prejudice to the right to refile this action. All costs of Court shall be borne by the party incurring the same.

**SIGNED** this 24 day of May 2025.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE